# In the United States District Court for the Southern District of Georgia Waycross Division

| | |
|---|---|
| THOMAS BAIR and<br>JENNIFER WHITE BAIR,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STATE FARM FIRE AND CASUALTY<br>COMPANY,<br><br>　　　　Defendant. | CV 525-150 |

## ORDER

Plaintiffs initiated this action on September 26, 2025 in the Superior Court of Coffee County, Georgia. See Dkt. No. 1-1. On November 13, 2025, Defendant removed the case to this Court. Dkt. No. 1. Thereafter, on November 20, 2025, Defendant moved to dismiss the complaint. Dkt. No. 7. Then, on December 3, 2025, Plaintiffs moved the Court for an extension of time within which to amend the complaint. Dkt. No. 9. The Court granted the motion for extension. Dkt. No. 11. On December 22, 2025, Plaintiffs timely filed an amended complaint. Dkt. No. 17. For the reasons below, Defendant's motion to dismiss, dkt. no. 7, is **DENIED as moot.**

## LEGAL STANDARD

Under Rule 15 of the Federal Rules of Civil Procedure, a party may amend its pleading with the Court's leave. Fed. R. Civ. P. 15(a)(2). An amended pleading "supersedes the former pleading" such that "the original pleading is abandoned by the amendment, and is no longer a part of the pleader's averments against his adversary." Dresdner Bank AG v. M/V Olympia Voyager, 463 F.3d 1210, 1215 (11th Cir. 2006) (internal quotation marks and citation omitted); see also Fritz v. Standard Sec. Life Ins. Co., 676 F.2d 1356, 1358 (11th Cir. 1982) ("Under the Federal Rules, an amended complaint supersedes the original complaint.").

## DISCUSSION

Plaintiffs sought and received the Court's leave to file the amended complaint. As such, Plaintiffs' amended complaint supersedes their original complaint, and Defendant's motion to dismiss the original complaint, dkt. no. 7, has thus been rendered moot.

## CONCLUSION

Defendant's motion to dismiss the original complaint, dkt. no. 7, is **DENIED as moot**. The motion hearing set for February 20, 2026 is canceled.

SO ORDERED, this __5__ day of January, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA